IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JAN 1 0 2023

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 23-27 KG |
| ) | |
| vs. ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): |
| ) | Possession with Intent to Distribute |
| **NICOLE SENA**, ) | Methamphetamine; 18 U.S.C. § 2: |
| ) | Aiding and Abetting. |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

On or about September 2, 2021, in Chaves County, in the District of New Mexico, the defendant, **NICOLE SENA**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the violation involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

## FORFEITURE

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 or 841, **NICOLE SENA**, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

1. REAL AND PERSONAL PROPERTY

   a. SCCY Semi-Automatic Handgun (Pink and Black) 9mm, Serial Number: 695671;

   b. Hi-Point Semi-Automatic Handgun (Black) 9mm, Serial Number: Obliterated; and

   c. Approximately 13 rounds of 9mm ammunition.

ALEXANDER M.M. UBALLEZ
United States Attorney

*Renee L Camacho*

RENEE L. CAMACHO
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 – Tel.
(575) 522-2391 – Fax